UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

EARLANDO SAMUEL, pro se,
plaintiff,

Civil Action No.: 2:22-cv-02451-CFK

vs:

DELAWARE COUNTY HOUSING
AUTHORITY, et al, and
INGERMAN PROPERTIES, et al :
Defendant(s) :

**MOTION FOR APPOINTMENT OF ATTORNEY**

1, Earlando Samuel, pro se , Petitioner/Plaintiff, moves for an Order appointing a attorney to represent him in this case pursuant **to** 28 U.S.C. § 1915**.** In support of this Motion, plaintiff states;

2. Plaintiff is unable to afford an attorney. He has requested leave To Proceed In Forma Pauperis.


3. Plaintiff's mental and physical impairments greatly limit his ability to litigate. Plaintiff suffers from advanced stages of osteoarthritis (OA, degenerative joint disease) and mild cognitive impairment and is prescribed 10 mgs of Aricept daily that is given to treat the symptoms of mild to moderate dementia The symptoms that I experience are that: I forget things more often, It takes me at times unreasonable amounts of time to remember the correct word or phrase to put in a sentence or paragraph, I forget important events such as appointments or social engagements, I lose my train of thought or the thread of conversations sometimes instantly, books or movies, I feel increasingly overwhelmed by making decisions, planning steps to accomplish a task or understanding instructions, I  have trouble finding my way around familiar environments, I become more impulsive or show increasingly poor judgment, My family and friends notice these changes.

I also experience: Depression, Irritability and aggression, Anxiety and Apathy. The issues involved in this case are complex, and will require a level of competence that only a experienced attorney can provide.

4.  A Trial in this case will likely involve conflicting testimony, counsel would enable plaintiff to present evidence and cross examine witnesses..

5. I have made a diligent effort to employ an attorney and have contacted the following private Attorneys':
SKA Law Group Section 8 Attorneys   They don't do these types of cases anymore.
Weisberg and Associates.   His associate wanted the case but Gary didn't. .
The Walker Firm Michael Anthony Walker     Gave no reason
Gay and Chacker     Don't do these types of cases
James E. Hockenberry, Esquire
Michael Coard & Associates  No response

1

Eckell, Sparks, Levy, Auerbach, Monte, Sloane, Matthews & Auslander, P.C.   5 3 22
Conflict Of Interest
Richard L. Vanderslice, P.C.      5 3 22    Followed up on 5 4 waiting for response
James S. Tupitza West Chester, PA    5 3 22     200.00 consultation fee
Joseph F. Claffy & Associates, P. C. Recovering from Covid 19
Phone: (610) 429-0900
Law Offices of Deirdre A. Agnew  Sent a Request for Representation on 5 09 '22
The Employment Law Firm of Pennsylvania  Sent an e mail on 5 10 '22
LaMonaca Law 341 W State St,  e mailed on 5 11 22 No response
Morgan & Morgan      5 12 22 via e mail contact form  referred to P A Bar Association
Wolpert Schreiber & McDonald  5 26 22   Doesn't do this type of case
Heavens Law Firm, PLLC  Personal injury attorney  Doesn't do this type of case

**6.** Contacted Legal Aid Organiizations
Legal Aid of SouthEastern Pennsylvania   Doesn't do Civil Rights Cases
Community Legal Services Inc            I am a Non Philadelphia Resident
Delaware County Bar Association         The one viable referral of 4 had a conflict of interest
Senior Law Center of Philadelphia        They only have very limited resources

7.  **The reason(s) for my claim are violations of :**

**THE FAIR HOUSING ACT TITLE 24 – HOUSING AND URBAN DEVELOPMENT SUBTITLE B - REGULATIONS RELATING TO HOUSING AND URBAN DEVELOPMENT  CHAPTER I - OFFICE OF ASSISTANT SECRETARY FOR EQUAL OPPORTUNITY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT PART 100 - DISCRIMINATORY CONDUCT UNDER THE FAIR HOUSING ACT Subpart F - Interference, Coercion or Intimidation**
**§ 100.400 Prohibited interference, coercion or intimidation.**
(a) This subpart provides the Department's interpretation of the conduct that is unlawful under section 818 of the Fair Housing Act.
(b) It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of that person having exercised or enjoyed, or on account of that person having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by this part.
(c) Conduct made unlawful under this section includes, but is not limited to, the following:
(1) Coercing a person, either orally, in writing, or by other means, to deny or limit the benefits provided that person in connection with the sale or rental of a dwelling or in connection with a residential real estate-related transaction because of race, color, religion, sex, handicap, familial status, or national origin.
(2) Threatening, intimidating or interfering with persons in their enjoyment of a dwelling because of the race, color, religion, sex, handicap, familial status, or national origin of such persons, or of visitors or associates of such persons.
 (5) Retaliating against any person because that person has made a complaint, testified, assisted, or participated in any manner in a proceeding under the Fair Housing Act.
(6) Retaliating against any person because that person reported a discriminatory housing practice to a housing provider or other authority.

**TITLE 24 §982.316(b)(1,2,3)   LIVE-IN AIDE**.
(b) At any time, the PHA may refuse to approve a particular person as a live-in aide, or may withdraw such approval, if:
(1) The person commits fraud, bribery or any other corrupt or criminal act in connection with any federal housing program;
(2) The person commits drug-related criminal activity or violent criminal activity;
(3) The person currently owes rent or other amounts to the PHA or to another PHA in connection with Section 8 or public housing assistance under the 1937 Act.

**15 USC CHAPTER 2, SUBCHAPTER I: FEDERAL TRADE COMMISSION**
§45. Unfair methods of competition unlawful;
**(a)** Declaration of unlawfulness; power to prohibit unfair practices; inapplicability to foreign trade
(1) Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful.
(2) The Commission is hereby empowered and directed to prevent persons, partnerships, or corporations, except banks, savings and loan institutions described in section 57a(f)(3) of this title, Federal credit unions described in section 57a(f)(4) of this title, common carriers subject to the Acts to regulate commerce, air carriers and foreign air carriers subject to part A of subtitle VII of title 49, and persons, partnerships, or corporations insofar as they are subject to the Packers and Stockyards Act, 1921, as amended [7 U.S.C. 181 et seq.], except as provided in section 406(b) of said Act [7 U.S.C. 227(b)], from using unfair methods of competition in or affecting commerce and unfair or deceptive acts or practices in or affecting commerce.

**Federal Trade Commission Act**
**Section 5: Unfair or Deceptive Acts or Practices**

**73 P.S. §§201-1 - 201-9.2**
**PENNSYLVANIA UNFAIR TRADE PRACTICES**
**AND CONSUMER PROTECTION LAW §201-2**
(4) "Unfair methods of competition" and "unfair or deceptive acts or practices" mean any one or more of the following:
(ix) Advertising goods or services with intent not to sell them as
advertised; aka "Bait & Switch".

**Title 18, U.S.C., Section 241** - **Conspiracy Against Rights**
Civil Rights Conspiracy Statute - **Section 241** makes it unlawful for two or more persons to agree to injure, threaten, or intimidate an individual in the free exercise or enjoyment of his or her constitutionally protected rights.

**FRAUD** In law, **fraud** is intentional deception to secure unfair or unlawful gain, or to deprive a victim of a legal right. Fraud can violate civil law (e.g., a fraud victim may sue the fraud perpetrator to avoid the fraud or recover monetary compensation) or criminal law (e.g., a fraud perpetrator may be prosecuted and imprisoned by governmental authorities),

**Harassment** - Harassment refers to words or behavior that threatens, intimidates, or demeans a person. Harassment is unwanted, uninvited, and unwelcome and causes nuisance, alarm, or substantial emotional distress without any legitimate purpose.

**THE TORT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**PUNITIVE AND COMPENSATORY DAMAGES**

I certify under the penalty of perjury that the foregoing statements are true and correct.

*Earlando Samuel*
Earlando Samuel, pro se
207 Parker Place
Glen Mills PA 19342
610 241 7537
easee2@gmail.com

Dated: July 27, 2022