DATE: July 27, 2022

CLERK OF COURT, EDPa
JAMES A BYRNE, U S COURTHOUSE
ROOM 2609
601 MARKET STREET
PHILADELPHIA PA 19106

Dear Sir/Mam;

Enclosed you will find a Plaintiffs' MOTION FOR APPOINTMENT OF ATTORNEY.

Would you please file these.

Thanks in advance;

Earlando Samuel
207 Parker Place
Glen Mills, PA 19342
610 241 7537
Easee2@gmail.com
**CASE# 2:22-cv-02451-CFK**