| | |
|---|---|
| **From:** | easee2@gmail.com |
| **Sent:** | Wednesday, July 27, 2022 1:46 PM |
| **To:** | PAED Documents |
| **Subject:** | MOTION FOR APPT OF ATTORNEY  -  LETTER TO CLERK OF COURT |
| **Attachments:** | Cherk Of Court Letter.pdf; Motion For Appt Attorney.pdf |

CAUTION - EXTERNAL:

DATE: July 27, 2022

CLERK OF COURT, EDPa
JAMES A BYRNE, U S COURTHOUSE
ROOM 2609
601 MARKET STREET
PHILADELPHIA PA 19106

Dear Sir/Mam;

Attached you will find a Plaintiffs' MOTION FOR APPOINTMENT OF ATTORNEY.

Would you please file these.

Thanks in advance;

Earlando Samuel
207 Parker Place
Glen Mills, PA 19342
610 241 7537
Easee2@gmail.com
CASE# 2:22-cv-02451-CFK
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.