IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL, | : : : : | CIVIL ACTION |
| *Plaintiff,* | : : | |
| v. | : : | No. 22-2451 |
| DELAWARE HOUSING AUTHORITY, *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **2nd** day of **August 2022**, upon consideration of Plaintiff's Motion to Appoint Counsel (ECF No. 7), it is hereby **ORDERED** that the Motion is **DENIED.**

                                                                            **BY THE COURT:**

                                                                            /s/ Chad F. Kenney
                                                                            **CHAD F. KENNEY, JUDGE**