IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE DELAWARE COUNTY HOUSING | : | |
| AUTHORITY, et al., | : | |
| *Defendants.* | : | NO.  22-cv-02451 |

**O R D E R**

**AND NOW,** this 19th day of October 2022, a review of the docket shows that service of

the complaint has not been made upon Defendants.  Rule 4(m) of the Federal Rules of Civil

Procedure requires that Defendants must be served with the complaint within ninety (90) days

after the complaint is filed.  The ninety (90) days to serve the complaint expired on **October 6,**

**2022**.

It is hereby **ORDERED** that if service is not made and Affidavits of Service or Waivers

of Service are not filed on the docket by **November 18, 2022**, the action will be dismissed

without prejudice for lack of prosecution as to all Defendants, unless good cause for the failure

to comply with Rule 4(m) is shown prior to that time.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1]     Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part, that
"[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion
or on its own after notice to the plaintiff – must dismiss the action without prejudice against that
defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).