IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| SAMUEL,  *Plaintiff,* | : : : | |
| v. | : : | No.   22-2451 |
| DELAWARE HOUSING AUTHORITY,  *Defendants.* | : : | |

## ORDER

**AND NOW**, this **30th** day of **November 2022**, upon consideration of Plaintiff's Motion to Add a Party Defendant (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk of Court is instructed to add CATHERINE CUENY, ADMISSIONS SPECIALIST, DELAWARE COUNTY HOUSING AUTHORITY, 1855 CONSTITUTION AVENUE WOODLYN, PENNSYLVANIA 19092, as a defendant to the above captioned action.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE

1