| | |
|---|---|
| **From:** | easee2@gmail.com |
| **To:** | Chambers of Judge Chad F Kenney |
| **Subject:** | EARLANDO SAMUEL, PRO SE VS. DELAWARE COUNTY HOUSING AUTHORITY, ET AL, CA # 22-CV-02451 |
| **Date:** | Friday, December 2, 2022 3:13:58 PM |
| **Attachments:** | Letter To Judge Kenny 12-2-2022.pdf |

CAUTION - EXTERNAL:

Date: December 2, 2022
Chad F. Kenney, Judge 11613 U.S. Courthouse 601 Market Street Philadelphia,
PA 19106 Courtroom 11-B e-mail -
Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov

Attached you will find a letter that I'm sending to Judge Kenney

Earlando Samuel - CA # 22-CV-02451

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Date: December 2, 2022

**Chad F. Kenney, Judge**
11613 U.S. Courthouse
601 Market Street
<u>Philadelphia</u>, PA 19106
Courtroom 11-B
e-mail - Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov

RE: EARLANDO SAMUEL, PRO SE VS. DELAWARE COUNTY HOUSING AUTHORITY, ET AL, CA # 22-CV-02451

Your Honor,

I'm sending this letter with hopes that you can clarify and give me direction to defendant Laura Blackburn, Defendant's, service of process.

On information and belief, Ms. Blackburn quit her position with the **defendant, Delaware County Housing Authority (DCHA),** as the Director of the Housing Choice Voucher Program to the best of my knowledge in or about August of 2022. Her whereabouts are unknown to me. Her position as Director of the Housing Choice Voucher Program was recently filled by **Jean Moran, Director**.

DCHA is government by a Board of Commissioners as follows: **Frances J. Bernhardt, Jr., Chairman; Robert Boland, Vice Chairman; Samantha Twining, Treasurer; Kieyannah Anderson and Chelsea Barrish.**

Laura Blackburns' behavior as the Director of the **DCHA** is key to some of the wrong-doings that I allege in my Complaint and upcoming First Amended Complaint with or without Leave Of Court. She is, or would have been, a key person to serve with process.

The question that I need an answer to is now that Laura Blackburn is no longer the Director nor is she an employee of the respondeat superior Delaware County Housing Authority, who or whom do I direct service of process to?

Thank you for your indulgence in this matter;

Earlando Samuel, pro se
CA 22-CV-02451