**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EARLANDO SAMUEL, PRO SE | 22-CV-02451 |
| DEFENDANT | TYPE OF PROCESS |
| GREG WARD, MAINTENANCE SUPERVISOR & ASST. PROPERTY MANAGER | COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
INGERMAN - CONCORD POINTE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
452 PARKER PLACE, GLEN MILLS, PA. 19342

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EARLANDO SAMUEL
207 PARKER PLACE
GLEN MILLS, PA. 19342

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PROPERTY MANAGEMENT OFFICE - OFFICE OPEN ON MONDAYS, WEDNESDAYS AND FRIDAYS 10-3

PHONE CALLS TO OFFICE ARE NOT ANSWERED BY A PERSON BUT ARE RE-DIRECTED TO A COMPANY VOICEMAIL

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 610 241 7537
DATE: 11-08-2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 10
District of Origin No. 66
District to Serve No. 64

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12.9.22    Time: 1453

Signature of U.S. Marshal or Deputy: 3458

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | 0 |

REMARKS: 1st (FM) 11-28-22 1130 No Ans

PRINT 5 COPIES: 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00