**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| | : | |
| v. | : | |
| | : | |
| THE DELAWARE COUNTY | : | |
| HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| | : | |
| Defendants. | : | |
| | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Delaware County Housing Authority,

Laura Blackburn, Dawn Ware, Catherine Cueny and Christina Pro with regard to the above-

captioned matter.


**SIANA LAW**

By:     ***/s/ Connie E. Henderson***
Connie E. Henderson, Esquire, I.D. #327325
Attorney for Defendants, *Delaware County*
*Housing Authority, Laura Blackburn, Dawn Ware,*
*Catherine Cueny and Christina Pro*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
cehenderson@sianalaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| | : | |
| v. | : | |
| | : | |
| THE DELAWARE COUNTY | : | |
| HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| | : | |
| Defendants. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry

of Appearance of Connie E. Henderson, Esquire was served upon the following via ECF and/or U.S.

Mail, postage pre-paid:

| Earlando Samuel | Ingerman Property Management | Rashida Smith |
|---|---|---|
| 207 Parker Place | 5 Powell Lane | 452 Parker Place |
| Glen Mills, PA 19342 | Collingswood, NJ 08108 | Glen Mills, PA 19342 |
| | | |
| RyAnn Williams | Nefertiti Rivers | Terri Hardin |
| 452 Parker Place | 452 Parker Place | 452 Parker Place |
| Glen Mills, PA 19342 | Glen Mills, PA 19342 | Glen Mills, PA 19342 |

Greg Ward
452 Parker Place
Glen Mills, PA 19342

**SIANA LAW**

Date:_____        By:   */s/ Connie E. Henderson*_____

Connie E. Henderson, Esquire, I.D. #327325
Attorney for Defendants, *Delaware County*
*Housing Authority, Laura Blackburn, Dawn Ware,*
*Catherine Cueny and Christina Pro*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
cehenderson@sianalaw.com