UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| | : | |
| v. | : | |
| | : | |
| THE DELAWARE COUNTY | : | |
| HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| | : | |
| Defendants. | : | |
| | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as lead counsel on behalf of Defendants Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Catherine Cueny and Christina Pro with regard to the above-captioned matter.

                                                     **SIANA LAW**

By:    */s/ Sheryl L. Brown*
       Sheryl L. Brown, Esquire, I.D. #59313
       Attorney for Defendants, *Delaware County*
       *Housing Authority, Laura Blackburn, Dawn Ware,*
       *Catherine Cueny and Christina Pro*
       941 Pottstown Pike, Suite 200
       Chester Springs, PA 19425
       (P): 610.321.5500 (F): 610.321.0505
       slbrown@sianalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARLANDO SAMUEL, : | |
| : | |
| Plaintiff, : | No.: 2:22-cv-02451-WB |
| : | |
| v. : | |
| : | |
| THE DELAWARE COUNTY : | |
| HOUSING AUTHORITY, et al., : | CIVIL ACTION - LAW |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Sheryl L. Brown, Esquire was served upon the following via ECF and/or U.S. Mail, postage pre-paid:

| | | |
|---|---|---|
| Earlando Samuel | Ingerman Property Management | Rashida Smith |
| 207 Parker Place | 5 Powell Lane | 452 Parker Place |
| Glen Mills, PA 19342 | Collingswood, NJ 08108 | Glen Mills, PA 19342 |
| | | |
| RyAnn Williams | Nefertiti Rivers | Terri Hardin |
| 452 Parker Place | 452 Parker Place | 452 Parker Place |
| Glen Mills, PA 19342 | Glen Mills, PA 19342 | Glen Mills, PA 19342 |

Greg Ward
452 Parker Place
Glen Mills, PA 19342

**SIANA LAW**

Date: December 16, 2022     By:     */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Attorney for Defendants, *Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Christine Cueny and Christina Pro*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
slbrown@sianalaw.com