# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| v. | : | |
| THE DELAWARE COUNTY HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Catherine Cueny and Christina Pro with regard to the above-captioned matter.

**SIANA LAW**

By: ***/s/ Connie E. Henderson***
Connie E. Henderson, Esquire, I.D. #327325
Attorney for Defendants, *Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Catherine Cueny and Christina Pro*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
cehenderson@sianalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| | : | |
| v. | : | |
| | : | |
| THE DELAWARE COUNTY | : | |
| HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Entry of Appearance of Connie E. Henderson, Esquire was served upon the following via ECF and/or U.S. Mail, postage pre-paid:

Earlando Samuel
207 Parker Place
Glen Mills, PA 19342

Ingerman Property Management
5 Powell Lane
Collingswood, NJ 08108

Rashida Smith
452 Parker Place
Glen Mills, PA 19342

RyAnn Williams
452 Parker Place
Glen Mills, PA 19342

Nefertiti Rivers
452 Parker Place
Glen Mills, PA 19342

Terri Hardin
452 Parker Place
Glen Mills, PA 19342

Greg Ward
452 Parker Place
Glen Mills, PA 19342

**SIANA LAW**

Date: December 16, 2022     By:     */s/ Connie E. Henderson*
Connie E. Henderson, Esquire, I.D. #327325
Attorney for Defendants, *Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Catherine Cueny and Christina Pro*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
cehenderson@sianalaw.com