IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARLANDO SAMUEL,<br>         Plaintiff,<br><br>         v.<br><br>THE DELAWARE COUNTY HOUSING AUTHORITY, LAURA BLACKBURN, DAWN WARE, CHRISTINA PRO, INGERMAN PROPERTY MANAGEMENT, RASHIDA SMITH, RYANN WILLIAMS, NEFERTITI RIVERS, TERRI HARDIN, GREG WARD, and CATHERINE CUENY,<br>         Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 22-02451 |

**O R D E R**

AND NOW, this 9th day of January, 2023, it is hereby **ORDERED** that Defendants' Motion to Dismiss is hereby **DISMISSED AS MOOT** considering the filing of the Amended Complaint at ECF# 36.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**