UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARLANDO SAMUEL, | : | |
| Plaintiff, | : | No.: 2:22-cv-02451-WB |
| v. | : | |
| THE DELAWARE COUNTY HOUSING AUTHORITY, et al., | : | CIVIL ACTION - LAW |
| Defendants. | : | |

## ORDER

**AND NOW,** on this _____ day of _____, 2023, upon review of Defendant Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Christina Pro, and Catherine Cueny's Motion to Dismiss Plaintiff's Amended Complaint (ECF 36), and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and all claims against Moving Defendants are hereby **DISMISSED**, with prejudice.

BY THE COURT:

_____
Honorable Wendy Beetlestone