UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

EARLANDO SAMUEL, pro se,
plaintiff,

Civil Action No.: **2:22- CV-02451-WB**

vs:

DELAWARE COUNTY HOUSING
AUTHORITY, et al, and
INGERMAN PROPERTIES, et al :
Defendant(s) :

## CERTIFICATE OF SERVICE

Earlando Samuel, pro se, certifies that on this day, December 29, 2022, that a copy of a **OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF and a MOTION FOR APPOINTMENT OF AN ATTORNEY** was sent to the following by U S Mail:

**Connie E Henderson**, Esquire, and Sheryl l Brown, Esquire ICO **SIANA LAW** 941 Pottstown Pike, Suite 200, Chester Springs, PA 19425 610 321 5500 and, **Catherine E Lubin**, ICO **BALLAD SPAHR, LLP.** 1735 Market Street, 51st Floor, Philadelphia, Pa. 19103

:

Date: January 18, 2023

_Earlando Samuel_
Earlando Samuel, pro se
207 Parker Place
Glen Mills, PA 19342
610 241 7537
easee2@gmail.com