# EXHIBIT A

# Connie E. Henderson

| | |
|---|---|
| **From:** | Connie E. Henderson |
| **Sent:** | Monday, January 16, 2023 4:36 PM |
| **To:** | easee2@gmail.com |
| **Cc:** | lubink@ballardspahr.com; brycem@ballardspahr.com; Sheryl L. Brown |
| **Subject:** | Earlando Samuel v. Delaware County Housing Authority, et al. |
| **Attachments:** | 01.11.23 Order re Prelim Pretrial Conf (#39).pdf; 01.11.23 Order re Joint Report of Rule 26f (#39-2).pdf; 01.11.23 Order re Electronic DIS (#39-1).pdf |

Mr. Samuel,

Please be advised that this law firm represents the Delaware County Housing Authority in the case you filed against it.

On January 11, 2023, the Court issued an Order requiring the parties to confer and submit a Joint Rule 26(f) Meeting Report in anticipation of the January 24, 2023 Preliminary Pretrial Conference. I attach the Court's January 11, 2023 Order for reference.

Please advise if you are available this week for a telephone conference to confer with counsel so that we may prepare the Court required Report. If you are available, please respond to this email and provide your telephone number.

If you are unavailable, it may be necessary to request a continuance of the January 24, 2023 Conference.

I am copying Sheryl L. Brown, Esquire, co-counsel for the Housing Authority Defendants and counsel for the Ingerman Property Defendants on this email.

Thank you

Connie E. Henderson, Esquire



941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
610-321-5500 ext., #104 | cehenderson@sianalaw.com
www.sianalaw.com | LinkedIn
Subscribe to Siana Law's email newsletter

CONFIDENTIALITY NOTICE AND DISCLAIMER

This message is from the law firm Siana Law. This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610.321.5500. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the sender, which are not to be attributed to Siana Law and may not be copied or distributed without this statement.