IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARLANDO SAMUEL,<br>      **Plaintiff,**<br><br>v.<br><br>**THE DELAWARE COUNTY HOUSING AUTHORITY, LAURA BLACKBURN, DAWN WARE, CHRISTINA PRO, INGERMAN PROPERTY MANAGEMENT, RASHIDA SMITH, RYANN WILLIAMS, NEFERTITI RIVERS, TERRI HARDIN, GREG WARD, and CATHERINE CUENY,**<br>      **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 22-2451 |

**O R D E R**

**AND NOW**, this 11th day of July, 2023, upon consideration of the Motion to Dismiss filed by Defendants the Delaware County Housing Authority, Laura Blackburn, Dawn Ware, Christina Pro, and Catherine Cueny (collectively, "DCHA Defendants") (ECF No. 40), and Plaintiff Earlando Samuel's Response in Opposition thereto (ECF No. 41); the Motion to Dismiss filed by Defendants Ingerman Property Management, Rashida Smith, Ryann Williams, Nefertiti Rivers, Terri Hardin, and Greg Ward (collectively, "Ingerman Defendants") (ECF Nos. 51 & 57), and Plaintiff's Response in Opposition thereto (ECF No. 54); and Plaintiff's Motions for Judgment on the Pleadings (ECF Nos. 48 & 50), and DCHA Defendants' (ECF No. 58) and Ingerman Defendants' (ECF No. 59) Responses in Opposition thereto, **IT IS ORDERED** as follows:

1. DCHA Defendants' Motion is **GRANTED IN PART, AND DENIED IN PART**:

    a. The Motion is **GRANTED** as to Plaintiff's claims for violations of the Fair Housing Act, violations of the Pennsylvania Unfair Trade Competition and Consumer Protection Law, and intentional infliction of emotional distress all of which are **DISMISSED WITHOUT PREJUDICE**.

    b. The Motion is **GRANTED** as to Plaintiff's claims for violations of the Americans with Disabilities Act, the Federal Trade Commission Act, 18 U.S.C. § 241, and 18 U.S.C. § 2261A, all of which are **DISMISSED WITH PREJUDICE**.

    c. The Motion is **DENIED** as to Plaintiff's claim for violation of 24 C.F.R. § 982.316.

2. Ingerman Defendants' Motion is **GRANTED**:

    a. The Motion is **GRANTED** as to Plaintiff's claims for violations of the Fair Housing Act, violations of the Pennsylvania Unfair Trade Competition and Consumer Protection Law, and intentional infliction of emotional distress all of which are **DISMISSED WITHOUT PREJUDICE**.

    b. The Motion is **GRANTED** as to Plaintiff's claims for violations of the Americans with Disabilities Act, the Federal Trade Commission Act, 18 U.S.C. § 241, 18 U.S.C. § 2261A, and 24 C.F.R. § 982.316, which are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motions for Judgment on the Pleadings are **DENIED**.

                                                     **BY THE COURT:**

                                                     /s/Wendy Beetlestone, J.

                                                     **WENDY BEETLESTONE, J.**