**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EARLANDO SAMUEL,** | | **CIVIL ACTION** |
| **Plaintiff,** | | |
| | | |
| **v.** | | |
| | | |
| **THE DELAWARE COUNTY HOUSING** | | **NO. 22-02451** |
| **AUTHORITY, LAURA BLACKBURN,** | | |
| **DAWN WARE, CHRISTINA PRO,** | | |
| **INGERMAN PROPERTY** | | |
| **MANAGEMENT, RASHIDA SMITH,** | | |
| **RYANN WILLIAMS, NEFERTITI** | | |
| **RIVERS, TERRI HARDIN, GREG WARD,** | | |
| **and CATHERINE CUENY,** | | |
| **Defendants.** | | |

## O R D E R

AND NOW, this 28th  day of July, 2023, upon consideration of Plaintiff's Motion to

Appoint Counsel (ECF#74) **IT IS ORDERED** that said Motion is **HEREBY DENIED**.


**BY THE COURT:**


**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**