IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EARLANDO SAMUEL,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**THE DELAWARE COUNTY HOUSING AUTHORITY, LAURA BLACKBURN, DAWN WARE, CHRISTINA PRO, and CATHERINE CUENY,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-02451** |

**O R D E R**

**AND NOW**, this 30th day of August, 2023, upon consideration of Plaintiff Earlando Samuel's Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgement (ECF No. 84) **GRANTED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/S/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**