IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARLANDO SAMUEL,<br>  Plaintiff,<br><br>v.<br><br>THE DELAWARE COUNTY HOUSING AUTHORITY, LAURA BLACKBURN, DAWN WARE, CHRISTINA PRO, AND CATHERINE CUENY,<br>  Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 22-2451 |

## O R D E R

**AND NOW**, this 18th day of December, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 81), Plaintiff's Opposition thereto (ECF No. 87), and Defendants' Reply in Support (ECF No. 88), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk of Court is directed to **TERMINATE** this matter and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**