UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-3272
_____

EARLANDO SAMUEL,
         Appellant

v.

DELAWARE COUNTY HOUSING AUTHORITY; LAURA BLACKBURN, Director; DAWN WARE, Senior HCV Specialist; CHRISTINA PRO, HCV Specialist; INGERMAN PROPERTY MANAGEMENT; RASHIDA SMITH, Property Manager; RYANN WILLIAMS, Assistant Property Manager; NEFERTITI RIVERS, General Property Manager; TERRI HARDIN, Assistant Property Manager; GREG WARD, Maintenance Manager/Assistant Property Manager; CATHERINE CUENY, Admissions Specialist, Delaware County Housing Authority

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-22-cv-02451)
District Judge: Honorable Wendy Beetlestone

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
August 28, 2024
Before: JORDAN, PHIPPS, and NYGAARD, Circuit Judges

_____

**JUDGMENT**

_____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on August 28, 2024. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the order of the District Court entered December 20, 2023, be and the same is hereby affirmed. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 30, 2024

Certified as a true copy and issued in lieu
of a formal mandate on September 23, 2024

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**